# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JS-6

MARSHALL STUART and SHANNON STUART, individuals,

Plaintiffs,

v.

JEFFREY LONG, individually, and NICARI INVESTMENTS, LLC, an Arizona limited liability company, and DOES 1-10, inclusive,

Defendants.

No. 5:19-cv-00104-SVW-SP

Judge: Hon. Stephen V. Wilson

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS SO ORDERED.

DATED: January 17, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

The Court, having received and reviewed the parties Stipulation of Dismissal Without Prejudice, and good cause appearing thereto,

IT IS HEREBY ORDERED that this action is dismissed without prejudice, against Defendants Jeffrey Long and Nicari Investments, LLC, with each party to bear their own attorney fees and costs.